IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00094-RJC-DSC

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| JEVON DEMETRIUS BARNWELL, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 13), the Indictment, (Doc. No. 3), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 13), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge